# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODWIN OFFOR, | No. ED CV 09-849-DSF(CW) |
|     Plaintiff, | JUDGMENT |
|     v. | |
| FREMONT HOME LOANS, et al., | |
|     Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 1/5/10

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge